## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

**CHARLES E. WALKER,**

    **Debtor.**

**Case No. 3:16-bk-03304**
**Chapter 11**
**Judge Mashburn**

## NOTICE OF APPEARANCE

Paul Krog and Eugene Bulso of the law firm Leader, Bulso & Nolan PLC hereby enter their appearance on behalf of Carl Chambers in this matter.

Respectfully submitted,

s/ Paul J. Krog
Eugene N. Bulso Jr. (Tenn. No. 12005)
Paul J. Krog (Tenn. No. 29263)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee 37219
gbulso@leaderbulso.com
pkrog@leaderbulso.com
Tel.: (615) 780-4110
*Attorneys for Carl Chambers*

## Certificate of Service

I hereby certify that on December 6, 2018, I filed the foregoing via the Court's ECF system, which is expected to deliver it via electronic means to counsel of record, including the following:

Daniel H. Puryear
Puryear Law Group
102 Woodmont Boulevard
Suite 520
Nashville, TN 37205
Telephone: (615) 630-6601
Facsimile: (615) 630-6602
dpuryear@puryearlawgroup.com
*Counsel for Jon Paul Johnson*

Natalie Brown
Rubin Lublin, PLLC
119 S Main St
Suite 500
Memphis, TN 38103
1-877-813-0992
nbrown@rubinlublin.com
*Counsel for Bank of America*

Erika R. Barnes
Stites & Harbison, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219
615-782-2252
615-742-0734
ebarnes@stites.com
*Counsel for Antonio Shannon & G CO Investments LLC*

Beth Roberts Derrick
Office of the U.S. Trustee
701 Broadway
Suite 318
Nashville, TN 37203
615-736-2254
615-736-2260
beth.r.derrick@usdoj.gov
*Counsel for the U.S. Trustee*

J. Zachary DeFoor
Shapiro & Ingle, LLP
10130 Perimeter Pkwy
Suite 400
Charlotte, NC 28216
704-333-8107
704-333-8156
tnecf@logs.com
*Counsel for Nationstar Mortgage LLC*

Joseph Jensen
J3Law
P.O. Box 682305
Franklin, TN 37068
615-905-5777
joe@j3law.com
*Counsel for Tennessee Bank & Trust*

David G. Mangum
2303 Franklin Road
Nashville, TN 37204
615-255-8690
615-255-2766
notice@davidmangum.com
*Counsel for MPD Cmty. Credit Union*

John C. McLemore, Trustee
2000 Richard Jones Road, Suite 250
Nashville, TN 37215
615-383-9495
jmclemore@gmylaw.com
*Chapter 11 Trustee*

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
(615) 465-6008
phillip@thompsonburton.com
*Counsel for Chapter 11 Trustee*

David Smythe
144 Second Avenue North
Suite 333
Nashville, Tennessee 37201
615-255-4849
615-255-4855
dsmythe@smythehuff.com
*Counsel for Pinnacle Bank*

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
615-244-2770
651-244-2778
jrusnak@tewlawfirm.com
*Counsel for John Rodney Lister & Greg Lister*

Blake Roth
Ryan K. Cochran
Waller, Lansden, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
615-244-6380
615-244-6525
ryan.cochran@wallerlaw.com
blake.roth@wallerlaw.com
*Counsel for First Freedom Bank*

Michael E. Collins
Robert Miller
Manier & Herod PC
150 Fourth Ave. North
Suite 2200
Nashville, TN 37219
615-244-0030
615-242-4203
mecollins@manierherod.com
rwmiller@manierherod.com
*Counsel to REO Holdings' Trustee*

Charles Walker
69 Thompson Lane
Nashville, TN 37211
615-367-5111
615-383-1154
charles@woodbinelegal.com
*Debtor, pro se*

J. Brad Scarbrough
Chris Holleman
Law Office of Brad Scarbrough PLC
5214 Maryland Way, Suite 207
Brentwood, TN 37027
615-369-9996
615-515-4491
brad@scarbroughlaw.com
chris@scarbroughlaw.com
*Counsel for the putative "Johnson-Walker Partnership"*

s/ Paul J. Krog
Paul J. Krog