IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FAMILY TRUST SERVICES LLC, STEVEN REIGLE, REGAL HOMES CO., BILLY GREGORY, JOHN SHERROD, and CARL CHAMBERS on behalf of themselves and those similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>CHARLES E. WALKER, JON PAUL JOHNSON, JULIE COONE, NATIONWIDE INVESTMENTS LLC, and MERDAN IBRAHIM,<br>DEFENDANTS. | CIVIL No. : 3:18-cv-00859 |

**MOTION FOR AN ORDER TO SHOW CAUSE WHY THE PLAINTIFFS AND THEIR ATTORNEYS SHOULD NOT BE HELD IN CONTEMPT FOR (1) VIOLATING THE DISCHARGE INJUNCTION AND (2) VIOLATING THE BANKRUPTCY COURT'S CLASS-ACTION SETTLEMENT AND ENFORCEMENT ORDERS**

\* \* \* \* \*

**NOW COMES,** Defendant, Charles E. Walker ("Debtor"), and moves this Court for an ORDER TO SHOW CAUSE WHY THE PLAINTIFFS AND THEIR ATTORNEYS SHOULD NOT BE HELD IN CONTEMPT FOR (1) VIOLATING THE DISCHARGE INJUNCTION AND (2) VIOLATING THE BANKRUPTCY COURT'S CLASS-ACTION SETTLEMENT AND ENFORCEMENT ORDERS for the following reasons:

1. On February 29, 2016 (the "Petition Date") Mr. Walker (the "Debtor") commenced a Chapter 11 bankruptcy case that was ultimately assigned Case No. 3:16-BK-03304 in the Middle District of Tennessee.

2. On February 22, 2017, a class-action settlement agreement was approved by the United States Bankruptcy Court. B.R. Doc. No. 514.[1]

3. On June 11, 2017, the Trustee's Chapter 11 Plan of Reorganization was confirmed by the Bankruptcy Court. B.R. Doc. No. 630 (plan) and B.R. Doc. No. 633 (order confirming plan).

3. On September 26, 2017, an ORDER was entered by the United States Bankruptcy Court enforcing the class-action settlement agreement. B.R. Doc. No. 911.

4. On or about August 31, 2018, the class-action plaintiffs' counsel filed the attached pleading with total disregard to the confirmed plan of reorganization that they supported[2], violating a settlement agreement[3] and agreed enforcement order[4] that they signed. *Exhibit A*.

5. This pleading was not served on the Debtor or Jon Paul Johnson. Instead the Plaintiffs' attorney by fraud, subterfuge and in direct violation of the discharge injunction and bankruptcy court order filed the attached motion to add the Debtor

---

[1] All references to "B.R. Doc. No." refer to *In re: Charles E. Walker*, Chapter 11 Case No. 3:16-BK-03304, Middle Tennessee Bankruptcy Court (administratively closed on June 4, 2018).
[2] B.R. Doc. No. 630.
[3] B.R. Doc. No. 514.
[4] B.R. Doc. No. 911.

and released/settled party Jon Paul Johnson back to the class-action litigation after receiving a settlement from the Debtor, Mr. Johnson and REO Holdings, LLC.

**RELIEF REQUESTED:**

1. That a Show Cause ORDER issue requiring Eugene Bulso, Paul Krog, Family Trust Services, LLC, Steven Reigle, Regal Homes Co., Billy Gregory, John Sherrod, and Carl Chambers to appear before this Court on a date and time certain to show cause why they should not be held in contempt of this Court for violating the Bankruptcy Court Discharge Injunction on Debtor, Charles E. Walker, and for violating the Bankruptcy Court's Class-Action Settlement and Enforcement Orders.

2. That this Court require the Plaintiffs and their Attorneys to pay for all damages incurred by the Debtor and Mr. Johnson as a result of their violations of the injunction, class-action settlement agreement, and bankruptcy court order.

3. That this Court order the Plaintiffs and their Attorneys to pay the Debtor attorney fees and punitive damages for their brazen and intentional defiance of an injunction and court orders.

3. That this Court remand the Plaintiffs' Attorneys Eugene Bulso, Jr., and Paul Krog to the custody of the United States Marshall Service until such time and they have removed the Debtor and Mr. Johnson from the class-action lawsuit and paid all sums of damages.

Date: September 13, 2018

Respectfully submitted,

s/Charles E. Walker                              -
Charles E. Walker, BPR No. 021277
**WOODBINE LEGAL PC**
69 Thompson Lane
Nashville, Tennessee  37211
o: 615-367-5111  |  f: 615-383-1154
E-Mail:  charles@woodbinelegal.com
*Defendant/Debtor*

**CERTIFICATE OF SERVICE:**

I hereby certify that on September 13, 2018, I electronically filed the MOTION FOR AN ORDER TO SHOW CAUSE WHY THE PLAINTIFFS AND THEIR ATTORNEYS SHOULD NOT BE HELD IN CONTEMPT FOR (1) VIOLATING THE DISCHARGE INJUNCTION AND (2) VIOLATING THE BANKRUPTCY COURT'S CLASS-ACTION SETTLEMENT AND ENFORCEMENT ORDERS with the Clerk of the Court using the CM/ECF system, and have sent copies by U.S. Mail to the following parties:

Patrick Newsom
Paul Bruno
Bruno|Newsom PLLC
40 Music Square E.
Nashville, TN 37203
615-251-9500
615-345-4188
patrick@brunonewsom.com
*Counsel for Defendant Nationwide Investments LLC*

Robert R. Laser III
625 Main Street
Suite 206
Nashville, TN 37206
rob@laserlawfirm.com
*Counsel for Defendants Merdan Ibrahim and Julie Coone*

Jon Paul Johnson
69 Thompson Ln
Nashville, TN 37211
*Defendant*

Eugene N. Bulso, Jr.
Paul J. Krog
Leader, Bulso & Nolan PLC
414 Union Street, Suite 1740
Nashville, TN 37219
615-780-4100
615-780-4118
gbulso@leaderbulso.com
pkrog@leaderbulso.com
*Attorneys for Plaintiffs*

          s/Charles E. Walker
          Charles E. Walker, BPR No. 021277