IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| In re: | |
|---|---|
| CHARLES E. WALKER, | Case No. 3:16-bk-03304 |
| | Chapter 11 |
| Debtor. | Judge Mashburn |

**RESPONSE TO DEBTOR'S MOTION TO REOPEN ADMINISTRATIVELY CLOSED INDIVIDUAL CHAPTER 11 CASE AND DIRECTING [sic] ENTRY OF DISCHARGE AND FINAL DECREE**

Family Trust Services LLC, John Sherrod, Billy Gregory, Steven Reigle, and Regal Homes Co. respond as follows to the Debtor's Motion to Reopen Administratively Closed Individual Chapter 11 Case and Directing Entry of Discharge and Final Decree (Dkt. 1130) filed November 15, 2018:

1. The Respondents have settled and released their claims against the Debtor and, accordingly, have no substantial interest in whether or not the Debtor obtains the relief he seeks.

2. However, the Respondents respond for the purpose of requesting that the Court, in either granting or denying Mr. Walker's motion, enter an order specifying that Mr. Walker has not previously obtained a discharge. Mr. Walker's actions elsewhere have given the Respondents a material interest in that fact, irrespective of their interest or lack of interest in whether Mr. Walker obtains a discharge subsequently.

3. On September 13, 2018, Mr. Walker filed a motion in the District Court (in a case improvidently removed on the same day) seeking to have the Respondents

and their counsel held in contempt for, inter alia, violating the discharge injunction appurtenant to his discharge in this case. (*See* Dkt. 1133-2.)

4. Without correcting or withdrawing his representation to the District Court that he had in fact received a discharge, Mr. Walker then, on November 15, filed the present motion, *seeking* that discharge. Obviously, if Mr. Walker has not yet received a discharge—and he clearly has not, *see* 11 U.S.C. § 1141(d)(5)—the Respondents cannot have violated it, much less contemptuously, prior to September 13 of this year.

5. Thus, irrespective of what else the Court does with Mr. Walker's Motion, it should unambiguously hold that Mr. Walker has not heretofore obtained a discharge in this matter. Whether or not Mr. Walker's act of playing fast and loose with the courts on this matter warrants denial of his motion, it certainly warrants entry of an accurate order putting the kibosh on that conduct.

Respectfully submitted,

s/ Paul J. Krog
Eugene N. Bulso Jr. (Tenn. No. 12005)
Paul J. Krog (Tenn. No. 29263)
LEADER, BULSO & NOLAN, PLC
414 Union Street, Suite 1740
Nashville, Tennessee  37219
gbulso@leaderbulso.com
pkrog@leaderbulso.com
Tel.: (615) 780-4110
*Attorneys for Family Trust Services LLC, Billy Gregory, John Sherrod, Steven Reigle, and Regal Homes Co.*

# Certificate of Service

I hereby certify that on December 6, 2018, I filed the foregoing via the Court's ECF system, which is expected to deliver it via electronic means to counsel of record, including the following:

Daniel H. Puryear
Puryear Law Group
102 Woodmont Boulevard
Suite 520
Nashville, TN 37205
Telephone: (615) 630-6601
Facsimile: (615) 630-6602
dpuryear@puryearlawgroup.com
*Counsel for Jon Paul Johnson*

Natalie Brown
Rubin Lublin, PLLC
119 S Main St
Suite 500
Memphis, TN 38103
1-877-813-0992
nbrown@rubinlublin.com
*Counsel for Bank of America*

Erika R. Barnes
Stites & Harbison, PLLC
401 Commerce Street
Suite 800
Nashville, TN 37219
615-782-2252
615-742-0734
ebarnes@stites.com
*Counsel for Antonio Shannon & G CO Investments LLC*

Beth Roberts Derrick
Office of the U.S. Trustee
701 Broadway
Suite 318
Nashville, TN 37203
615-736-2254
615-736-2260
beth.r.derrick@usdoj.gov
*Counsel for the U.S. Trustee*

J. Zachary DeFoor
Shapiro & Ingle, LLP
10130 Perimeter Pkwy
Suite 400
Charlotte, NC 28216
704-333-8107
704-333-8156
tnecf@logs.com
*Counsel for Nationstar Mortgage LLC*

Joseph Jensen
J3Law
P.O. Box 682305
Franklin, TN 37068
615-905-5777
joe@j3law.com
*Counsel for Tennessee Bank & Trust*

David G. Mangum
2303 Franklin Road
Nashville, TN 37204
615-255-8690
615-255-2766
notice@davidmangum.com
*Counsel for MPD Cmty. Credit Union*

John C. McLemore, Trustee
2000 Richard Jones Road, Suite 250
Nashville, TN 37215
615-383-9495
jmclemore@gmylaw.com
*Chapter 11 Trustee*

Phillip G. Young, Jr.
Thompson Burton PLLC
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
(615) 465-6008
phillip@thompsonburton.com
*Counsel for Chapter 11 Trustee*

David Smythe
144 Second Avenue North
Suite 333
Nashville, Tennessee 37201
615-255-4849
615-255-4855
dsmythe@smythehuff.com
*Counsel for Pinnacle Bank*

Joseph P. Rusnak
Tune, Entrekin & White, P.C.
315 Deaderick Street
Suite 1700
Nashville, TN 37238
615-244-2770
651-244-2778
jrusnak@tewlawfirm.com
*Counsel for John Rodney Lister & Greg Lister*

Blake Roth
Ryan K. Cochran
Waller, Lansden, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
615-244-6380
615-244-6525
ryan.cochran@wallerlaw.com
blake.roth@wallerlaw.com
*Counsel for First Freedom Bank*

| Michael E. Collins | Charles Walker | J. Brad Scarbrough |
| --- | --- | --- |
| Robert Miller | 69 Thompson Lane | Chris Holleman |
| Manier & Herod PC | Nashville, TN 37211 | Law Office of Brad Scarbrough PLC |
| 150 Fourth Ave. North | 615-367-5111 | 5214 Maryland Way, Suite 207 |
| Suite 2200 | 615-383-1154 | Brentwood, TN 37027 |
| Nashville, TN 37219 | charles@woodbinelegal.com | 615-369-9996 |
| 615-244-0030 | *Debtor, pro se* | 615-515-4491 |
| 615-242-4203 | | brad@scarbroughlaw.com |
| mecollins@manierherod.com | | chris@scarbroughlaw.com |
| rwmiller@manierherod.com | | *Counsel for the putative "Johnson-Walker* |
| *Counsel to REO Holdings' Trustee* | | *Partnership"* |

<u>s/ Paul J. Krog</u>
Paul J. Krog