IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**CHARLES WALKER,**<br><br>　　　　　　　　　　**DEBTOR.** | **CHAPTER 11**<br><br>CASE NO.: 3:16-BK-03304<br><br>JUDGE MASHBURN |

**DEBTOR'S NOTICE OF LATE FILED EXHIBITS TO DOC. NO. 1149**

\* \* \* \* \*

**Comes Now,** Charles E. Walker, (the "Debtor") and gives notice of the late filing of Exhibits A and C to Doc. No. 1149 which were inadvertently not attached.

1. Exhibit A – Attachment Motion

2. Exhibit C – Lien Lis Pendens

　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　s/Charles E. Walker　　　　　　　-
　　　　　　　　　　　　　　　Charles E. Walker, BPR No. 021277
　　　　　　　　　　　　　　　**WOODBINE LEGAL PC**
　　　　　　　　　　　　　　　69 Thompson Lane
　　　　　　　　　　　　　　　Nashville, Tennessee  37211
　　　　　　　　　　　　　　　o: 615-367-5111  |  f: 615-383-1154
　　　　　　　　　　　　　　　E-Mail:  charles@woodbinelegal.com
　　　　　　　　　　　　　　　*Pro Se*

Page **1** of **2**

Case 3:16-bk-03304    Doc 1150    Filed 05/01/19    Entered 05/01/19 08:52:09    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE:

I hereby certify that on May 1, 2019, I electronically filed the foregoing **DEBTOR'S NOTICE OF LATE FILED EXHIBITS TO DOC. NO. 1149** with the Clerk of the Bankruptcy Court using the CM/ECF system, which will send notification of such filing to all interested parties at their e-mail address on file with the Court including:

| | |
|---|---|
| John Clayborne McLemore | U.S. Trustee |
| Law Office of John C. McLemore, PLLC | 701 Broadway |
| 2000 Richard Jones Rd., Ste. 250 | Customs House, Suite 318 |
| Nashville, TN 37215 | Nashville, Tennessee 37203 |
| *Chapter 11 Trustee* | *U.S. Mail* |
| *U.S. Mail* | |

                                                    s/Charles E. Walker  -
                                                    Charles E. Walker, BPR No. 021277